FILED
2006 Nov-07 PM 02:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 5:06-cr-00112-KOB-JEO |
| ) | |
| JIMMY DOYAL HINDMAN ) | |

**MEMORANDUM OPINION**

This matter is before the court on the defendant's motion to suppress any identification evidence that is a result of unduly suggestive procedures (doc. 41) and his motion to suppress any evidence that was seized during the execution of a search warrant at his residence in Tennessee (doc. 48). The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendant's motions to suppress (doc. 41 & 48) are due to be denied.

**DONE**, this 7th day of November, 2006.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE